13CV6059

Sullivan

JS 44C/SDNY
REV. 7/2012

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| CAROLYN FJORD, et al. | AMR CORPORATION, et al. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| DAVID J. COOK, ESQ., COOK COLLECTION ATTORNEYS, PLC | SEE SERVICE LIST ATTACHED |
| 165 Fell Street, San Francisco, CA 94102-5106 | |
| (415) 989-4730 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Motion for mandatory withdrawal under 28 USC section 157(d); federal question under Sections 7 & 16 of the Clayton Act.

Has this or a similar case been previously filed in SDNY at any time? No [ ]    Yes [X]    Judge Previously Assigned [ ]

If yes, was this case Vol. [ ]    Invol. [ ]    Dismissed. No [ ]    Yes [ ]    If yes, give date _____    & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?    No [X]    Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*         NATURE OF SUIT

### TORTS

### ACTIONS UNDER STATUTES

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY | | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 | AIRPLANE | [ ] 362 | PERSONAL INJURY - MED MALPRACTICE | [ ] 610 | AGRICULTURE | [ ] 422 | APPEAL 28 USC 158 | [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 120 | MARINE | [ ] 315 | AIRPLANE PRODUCT LIABILITY | | | [ ] 620 | OTHER FOOD & DRUG | [X] 423 | WITHDRAWAL 28 USC 157 | [ ] 410 | ANTITRUST |
| [ ] 130 | MILLER ACT | | | [ ] 365 | PERSONAL INJURY PRODUCT LIABILITY | | | | | [ ] 430 | BANKS & BANKING |
| [ ] 140 | NEGOTIABLE INSTRUMENT | [ ] 320 | ASSAULT, LIBEL & SLANDER | | | [ ] 625 | DRUG RELATED SEIZURE OF PROPERTY | | | [ ] 450 | COMMERCE |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 330 | FEDERAL EMPLOYERS' LIABILITY | [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | | | | [ ] 460 | DEPORTATION |
| | | | | | | [ ] 630 | LIQUOR LAWS | | PROPERTY RIGHTS | [ ] 470 | RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 | MEDICARE ACT | [ ] 340 | MARINE | | PERSONAL PROPERTY | [ ] 640 | RR & TRUCK | [ ] 820 | COPYRIGHTS | | |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 345 | MARINE PRODUCT LIABILITY | [ ] 370 | OTHER FRAUD | [ ] 650 | AIRLINE REGS | [ ] 830 | PATENT | [ ] 480 | CONSUMER CREDIT |
| | | [ ] 350 | MOTOR VEHICLE | [ ] 371 | TRUTH IN LENDING | [ ] 660 | OCCUPATIONAL SAFETY/HEALTH | [ ] 840 | TRADEMARK | [ ] 490 | CABLE/SATELLITE TV |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY | [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE | [ ] 690 | OTHER | | | [ ] 810 | SELECTIVE SERVICE |
| | | [ ] 360 | OTHER PERSONAL INJURY | [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY | | | | SOCIAL SECURITY | [ ] 850 | SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160 | STOCKHOLDERS SUITS | | | | | | LABOR | [ ] 861 | HIA (1395ff) | | |
| | | | | | | [ ] 710 | FAIR LABOR STANDARDS ACT | [ ] 862 | BLACK LUNG (923) | [ ] 875 | CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 190 | OTHER CONTRACT | | | | | [ ] 720 | LABOR/MGMT RELATIONS | [ ] 863 | DIWC/DIWW (405(g)) | | |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | | | | PRISONER PETITIONS | [ ] 730 | LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 864 | SSID TITLE XVI | [ ] 890 | OTHER STATUTORY ACTIONS |
| | | | ACTIONS UNDER STATUTES | [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 | | | [ ] 865 | RSI (405(g)) | [ ] 891 | AGRICULTURAL ACTS |
| [ ] 196 | FRANCHISE | | CIVIL RIGHTS | [ ] 530 | HABEAS CORPUS | [ ] 740 | RAILWAY LABOR ACT | | FEDERAL TAX SUITS | [ ] 892 | ECONOMIC STABILIZATION ACT |
| | | | | [ ] 535 | DEATH PENALTY | [ ] 790 | OTHER LABOR LITIGATION | [ ] 870 | TAXES (U.S. Plaintiff or Defendant) | [ ] 893 | ENVIRONMENTAL MATTERS |
| | | [ ] 441 | VOTING | [ ] 540 | MANDAMUS & OTHER | [ ] 791 | EMPL RET INC SECURITY ACT | [ ] 871 | IRS-THIRD PARTY 26 USC 7609 | [ ] 894 | ENERGY ALLOCATION ACT |
| REAL PROPERTY | | [ ] 442 | EMPLOYMENT | | | | | | | [ ] 895 | FREEDOM OF INFORMATION ACT |
| | | [ ] 443 | HOUSING/ ACCOMMODATIONS | | | | IMMIGRATION | | | [ ] 900 | APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 210 | LAND CONDEMNATION | [ ] 444 | WELFARE | | PRISONER CIVIL RIGHTS | [ ] 462 | NATURALIZATION APPLICATION | | | | |
| [ ] 220 | FORECLOSURE | [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 | CIVIL RIGHTS | [ ] 463 | HABEAS CORPUS-ALIEN DETAINEE | | | [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 230 | RENT LEASE & EJECTMENT | [ ] 446 | AMERICANS WITH DISABILITIES -OTHER | [ ] 555 | PRISON CONDITION | [ ] 465 | OTHER IMMIGRATION ACTIONS | | | | |
| [ ] 240 | TORTS TO LAND | [ ] 440 | OTHER CIVIL RIGHTS (Non-Prisoner) | | | | | | | | |
| [ ] 245 | TORT PRODUCT LIABILITY | | | | | | | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | | | | | | | | | | |

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____    OTHER _____    JUDGE _____    DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [X] NO         NOTE: Please submit at the time of filing an explanation of *why cases are deemed* related.

*(PLACE AN x IN ONE BOX ONLY)*     **ORIGIN**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court <br> a. **all parties represented** <br> b. **At least one party is pro se.** | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

*(PLACE AN x IN ONE BOX ONLY)*     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY    *(28 USC 1332, 1441)*

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

| DATE 8/27/13 | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| | | ☒ NO |
| RECEIPT # | | [ ] YES (DATE ADMITTED Mo. _____ Yr. _____) <br> Attorney Bar Code # |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## *SERVICE LIST*

In re: AMR CORPORATION, et al.. Debtors.

Carolyn Fjord. Katherine R. Arcell. Keith Dean Bradt, Judy Bray, Jose' M. Brito. Jan Marie
Brown. Robert D. Conway. Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela
Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn
Gardner. Lee M. Gentry. Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo,
Lisa McCarthy. Patricia Ann Meeuwsen, L. West Oehmig, Jr.. Cynthia Prosterman. Deborah M.
Pulfer. Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn. Sondra K. Russell, Sylvia N.
Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts.
Diana Lynn Ultican. J. Michael Walker, Pamela S. Ward, Christine O. Whalen.

Plaintiffs.

v.

AMR CORPORATION, AMERICAN AIRLINES, and US AIRWAYS GROUP. INC. and US
AIRWAYS, INC..

Defendants.

Chapter 11 Case No.: 11-15463 (SHL) (Jointly Administered)

Adv. No. 13-01392 (SHL)

*Plaintiffs' Counsel:*

Joseph M. Alioto (CA SBN 42680)
Theresa D. Moore (CA SBN 99978)
Jamie L. Miller (CA SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco. CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
        jmiller@aliotolaw.com

Page 1 of 4

David Julian Cook
Cook Collection Attorneys, PLC
165 Fell Street
San Francisco, CA 94102
415-989-4730
Fax : 415-989-0491
Email: cook@cookcollectionattorneys.com
*LEAD ATTORNEY*

Gil D. Messina
Messina Law Firm, P.C.
961 Holmdel Road
Holmdel, NJ 07733
732-332-9300
Fax : 732-332-9301
Email: gmessina@messinalawfirm.com

Robert Ross Fogg, Esq.
Law Office of Robert Ross Fogg, Esq., LL.M.
69 Delaware Avenue, Suite 600
Buffalo, New York 14202
Telephone: (716) 853-3644

John Haslet Boone (CA SBN 44876)
Law Offices of John H. Boone
4319 Sequoia Drive
Oakley, CA 94561
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: deacon38@gmail.com

Derek G. Howard (CA SBN 118082)
Minami Tamaki LLP
360 Post Street, 8th Floor
San Francisco, CA 94109
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
Email: Dhoward@minamitamaki.com

*Defendants' Counsel:*

**AMR Corporation**
PRO SE

**American Airlines**
PRO SE

**US Airways Group, Inc.**
represented by:

Sadik Harry Huseny
Latham & Watkins LLP
505 Montgomery Street. Suite 2000
San Francisco. CA 94111
415-391-0600
Fax : 415-395-8095
Email: sadik.huseny@lw.com

Alfred Carroll Pfeiffer. Jr.
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
Fax : 415-395-8095
Email: al.pfeiffer@lw.com

Daniel Murray Wall
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-391-0600
Fax : 415-395-8095
Email: dan.wall@lw.com

**US Airways, Inc.**
Kobre & Kim LLP
800 Third Avenue
New York. NY 10022

represented by:
Sadik Harry Huseny
(See above for address)

Alfred Carroll Pfeiffer, Jr.
(See above for address)

Daniel Murray Wall
(See above for address)


F:\USERS\DJCNEW\fjord.service list