David J. Cook (CA SBN 060859)
COOK COLLECTION ATTORNEYS, PLC
165 Fell St.
San Francisco, CA 94102
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
davidcook@cookcollectionattorneys.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | Case No. 11-15463-SHL |
| | : | |
| **AMR CORPORATION**, *et al.*, | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| **CAROLYN FJORD**, *et al.*, | : | Adversary No.  13-01392-SHL |
| | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| **AMR CORPORATION**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF APPEAL**

David J. Cook and Cook Collection Attorneys, PLC hereby appeal under 28 U.S.C. Section 158(a) and Fed. R. Bankr. P. 8001 and 8002, from the following Final Order (attached hereto as Exhibit A):

Adversary Proceeding No. 13-01392 (SHL)

a.  The Order entered on November 27, 2013 Denying Plaintiffs' Cross-Motion For Temporary Restraining Order, Page 2, Lines 16-18, Docket No. 74 (**EXHIBIT "A"**).

The names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. David J. Cook and Cook Collection Attorneys, PLC, Appellants in this action and former counsel to the Clayton Plaintiffs; 165 Fell St., San Francisco, CA 94102, Telephone: 415-989-4730, Facsimile 415-989-0491

2. The Clayton Plaintiffs, Appellees in this Action: Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valerie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O Whalen are represented in this action by Joseph M. Alioto, Alioto Law Firm, One Sansome Street, 35th Floor, San Francisco, CA 94104, Telephone: 415-434-8900, Facsimile: 415-434-9200; Gil Messina, Messina Law Firm, 961 Holmdel Road, Holmdel, NJ 7733, Telephone: 742-332-9300, Facsimile: 742-332-9301; and Derek Howard, Minami Tamaki, LLP, 360 Post Street, 8th Floor, San Francisco, CA 94109, Telephone: 415-788-9000; 415-398-3887.

3. AMR Corporation, Debtors and Defendants in the Adversary Proceeding, the Appellees in this action, are represented by Stephen Karotkin, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153, Telephone: 212-310-8350; Facsimile: 212-310-8007, email: stephen.karotkin@weil.com and John M. Majoras, Jeffrey A. LeVee, Rosanna K.

McCalips, Jones Day, 51 Louisiana Avenue, NW, Washington, D.C. 20001, Telephone: 202-879-3939, emails: jmmajoras@jonesday.com, jlevee@jonesday.com, rkmccalips@jonesday.com, and all other counsel of record.

4. US Airways Group, Inc. And US Airways, Inc., Defendants in the Adversary Proceeding, the Appellees in this action, are represented by Sadik Huseny, Alfred Carroll Pfeiffer, Jr., Daniel Murray Wall, Latham and Watkins, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111; Telephone: (415) 391-0600; Facsimile: (415) 395-8095 Email: Sadik.Huseny@lw.com; Elif.Kimyacioglu@lw.com.

5. The Committee of Unsecured Creditors, Intervenors in the Adversary Proceeding, who are represented by Kenneth B. Schwartz, Skadden Arps, 4 Times Square, New York, NY 10036, Telephone: 212-735-3000, email: ken.schwartz@skadden.com.

Respectfully submitted,

Dated: December 10, 2013    By:    s/ David J. Cook

David J. Cook
**COOK COLLECTION ATTORNEYS, PLC**
165 Fell Street
San Francisco, CA 94102
Telephone: (415) 989-4730
Facsimile: (415) 989-0491
Email: davidcook@cookcollectionattorneys.com

## **PROOF OF SERVICE**

ALL PARTIES ON THE COURT'S DOCKET

    I declare:

    I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

    NOTICE OF APPEAL

on the above-named person(s) by:

   XXX   Via the court's ECF notification system.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 10, 2013.

                            /s/ David J. Cook  
                          DAVID J. COOK, ESQ. (SBN 060859)