# MESSINA LAW FIRM
A PROFESSIONAL CORPORATION

961 Holmdel Road
Holmdel, New Jersey 07733

Gil D. Messina
Admitted in MA and NJ

Phone 732.332.9300

Fax 732.332.9301

Email: gmessina@messinalawfirm.com

January 23, 2014

United States Bankruptcy Court          **E-Filed**
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attention: Anatin Rouzeau, Appeals/ Judgment Clerk

RE:   *In re AMR Corporation, et al.,* (Case No. 11-15463-SHL)
      *Carolyn Fjord, et al. v. AMR Corporation, et al.* (Adversary No. 13-01392-SHL)

Dear Mr. Rouzeau:

Pursuant to the conversation between you and Timothy May, Esq. of my office, this is to advise that the Plaintiffs/Appellants, Carolyn Fjord, *et al.,* do hereby voluntarily withdraw their Notices of Appeal filed on December 5, 2013 **(Chapter 11 Dkt. 11347 and Adversary Dkt. 78)**, without prejudice.

Thank you for your attention and cooperation.

Sincerely yours,

s/ Gil D. Messina
Gil D. Messina

GDM/hs

cc:   Joseph M. Alioto
      Stephen Karotkin
      John Wm. Butler, Jr.
      Daniel M. Wall
      Alfred C. Pfeiffer, Jr.
      Sadik Huseny
      All via ECF and E-mail