Joseph M. Alioto (SBN 42680)
*Admitted Pro Hac Vice*
Jamie L. Miller (SBN 271452)
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email:  jmalioto@aliotolaw.com
           jmiller@aliotolaw.com

HEARING DATE & TIME: TBD

*Attorneys for the Clayton Act Plaintiffs*
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| **AMR CORPORATION, et al.** | Case No:  11-15463-SHL |
| Debtors, | Chapter 11 |
| | (Jointly Administered) |
| **CAROLYN FJORD, ET AL.,** | Adversary No. 13-01392-SHL |
| Plaintiffs, | |
| v. | |
| **AMR CORPORATION, AMERICAN AIRLINES, and US AIRWAYS GROUP, INC. and US AIRWAYS, INC.,** | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER**
**CORRECTING THE RECORD**

TO THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that a hearing on the annexed Motion for an Order Correcting the Record, dated April 17, 2018, by Plaintiffs, will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that any opposition papers to the Motion for an Order Correcting the Record must be in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be served on undersigned counsel and received on or before the deadline as specified by the applicable rules and shall be filed with the Bankruptcy Court consistent with applicable rules, but if no oppositions are timely filed and served with respect to the Motion to Correct the Record, the relief requested in the Motion to Correct the Record shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without further notice or opportunity to be heard.

Dated: April 17, 2018

> By: */s/ Joseph M. Alioto*
> Joseph M. Alioto (SBN 42680)
> *Admitted Pro Hac Vice*
> Jamie L. Miller (SBN 271452)
> *Admitted Pro Hac Vice*
> ALIOTO LAW FIRM
> One Sansome Street, 35th Floor
> San Francisco, CA  94104
> Telephone: (415) 434-8900
> Facsimile: (415) 434-9200
>
> *Attorneys for the Clayton Act Plaintiffs*

2

## **COUNSEL FOR PLAINTIFFS**

Joseph M. Alioto (SBN 42680)
*Admitted Pro Hac Vice*
Jamie L. Miller (SBN 271452)
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email:  jmalioto@aliotolaw.com
         jmiller@aliotolaw.com


Gil D. Messina (SBN 029661978)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
Telephone: (742) 332-9300
Facsimile: (742) 332-9301
Email: gmessina@messinalawfirm.com


Christopher A. Nedeau (SBN 81297)
*Admitted Pro Hac Vice*
NEDEAU LAW FIRM
154 Baker Street
San Francisco, CA 94117
Telephone:  415-516-4010
Email:  cnedeau@nedeaulaw.net