Joseph M. Alioto (SBN 42680)
*Admitted Pro Hac Vice*
Jamie L. Miller (SBN 271452)
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email:  jmalioto@aliotolaw.com
         jmiller@aliotolaw.com

HEARING DATE & TIME: TBD

*Attorneys for the Clayton Act Plaintiffs*
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| AMR CORPORATION, et al. | Case No:  11-15463-SHL |
| Debtors, | Chapter 11 |
| | (Jointly Administered) |
| CAROLYN FJORD, ET AL., | Adversary No. 13-01392-SHL |
| Plaintiffs, | |
| v. | |
| AMR CORPORATION, AMERICAN AIRLINES, and US AIRWAYS GROUP, INC. and US AIRWAYS, INC., | |
| Defendants. | |

**DECLARATION OF JOSEPH M. ALIOTO IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR AN ORDER CORRECTING THE RECORD**

1. I, Joseph M. Alioto, declare as follows:

2. I am an attorney with the Alioto Law Firm, counsel for the *Fjord* Plaintiffs in this matter. I am licensed to practice in the State of California, and I have been admitted *pro hac vice* in this Court. I submit this Declaration in support of Plaintiffs' Motion for an Order Correcting the Record.

3. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

4. Attached hereto as Exhibit A, is a true and correct copy of excerpts of the transcript from the hearing held on March 26, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of April 2018.

By: */s/ Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
*Admitted Pro Hac Vice*
Jamie L. Miller (SBN 271452)
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Attorneys for the Clayton Act Plaintiffs*

**COUNSEL FOR PLAINTIFFS**

Joseph M. Alioto (SBN 42680)
*Admitted Pro Hac Vice*
Jamie L. Miller (SBN 271452)
*Admitted Pro Hac Vice*
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email:  jmalioto@aliotolaw.com
         jmiller@aliotolaw.com


Gil D. Messina (SBN 029661978)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
Telephone: (742) 332-9300
Facsimile: (742) 332-9301
Email: gmessina@messinalawfirm.com


Christopher A. Nedeau (SBN 81297)
*Admitted Pro Hac Vice*
NEDEAU LAW FIRM
154 Baker Street
San Francisco, CA 94117
Telephone:  415-516-4010
Email:  cnedeau@nedeaulaw.net