**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMR CORPORATION, *et al.*, | Case No. 11-15463 (SHL) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

| | |
|---|---|
| CAROLYN FJORD, *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 13-01392 (SHL) |
| AMR CORPORATION, AMERICAN AIRLINES, US AIRWAYS GROUP, INC. and US AIRWAYS, INC., | |
| Defendants, | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| As Intervenor. | |

------------------------------------------------------------------------x

## SCHEDULING ORDER

Two scheduling matters have come to the attention of the Court in the above-captioned adversary proceeding.

First, there is a question about the schedule to complete briefing on Plaintiffs' *Motion for Leave to Serve Supplemental Expert Report of Dr. Carl Lundgren and/or Motion for Reconsideration* (the "Motion") [Adv. Proc. ECF No. 180] and related *Memorandum of Law in Support of Plaintiffs' Motion* [Adv. Proc. ECF No. 181]. Given that the Defendants filed their opposition to the Motion on January 8, 2019 [Adv. Proc. ECF No. 186], any reply brief by the Plaintiffs must be filed no later than **5:00 p.m. (New York time) on January 16, 2019**. The Court will notify the parties if a hearing on the Motion is necessary.

Second, there is the issue of a trial date. On November 8, 2018, the parties jointly submitted a proposed pre-trial schedule (the "Proposed Schedule") [Adv Proc. ECF No. 178] for the Court's consideration and approval. The Proposed Schedule contemplated a trial starting on February 14, 2019. At the telephonic status conference held on December 18, 2018, the Court and the parties discussed the scheduling of trial. At that time, the Court suggested several options for scheduling a one-week trial in this case, including the weeks beginning February 25, March 11, or March 25 so as to afford the parties a full, uninterrupted week to submit the evidence. At that time, the Plaintiffs requested that trial not proceed on March 25th. As to the other dates, the parties said that they would confer and follow up with the Court. The December 18, 2018 status conference was nearly a month ago, and the Court has heard nothing further from parties regarding the trial date. As this case was filed in 2013 and needs to be brought to a prompt conclusion consistent with the goal of securing the "just [and] speedy" determination of every civil action and proceeding, *see* Fed. R. Civ. P. 1, the Court hereby schedules trial in this case to commence at **10:00 a.m. (New York time) on Monday, March 11, 2019, with trial to proceed for the entirety of that week to completion.**

**To the extent that a party is unable to proceed with trial on March 11, 2019, the Court will entertain a request to move the trial to the week of February 25, 2019 or May 6, 2019; such request must be made in writing – and filed on the docket - no later than January 17, 2019 and must be supported by evidence as to why the party is unable to proceed on the scheduled date. Any response to such a letter request must be submitted in writing – and filed on the docket – by January 24, 2019.**

IT IS SO ORDERED.

Dated: New York, New York
January 9, 2019

*/s/ Sean H. Lane*_____
UNITED STATES BANKRUPTCY JUDGE