# MESSINA LAW FIRM
A Professional Corporation

**Gil D. Messina**
Admitted in MA and NJ

Email: gmessina@messinalawfirm.com

961 Holmdel Road
Holmdel, New Jersey 07733
_____
Phone 732.332.9300
Fax 732.332.9301

April 24, 2019

Honorable Sean H. Lane, U.S.B.J.                                         **Via Email**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    *Carolyn Fjord, et al. v. AMR Corporation, et al.*
            Adversary Proceeding No. 13-01392 (SHL)

Dear Judge Lane:

      In paragraphs 436, 437 and 444 of the Plaintiffs' Proposed Findings of Fact and Conclusions of law on pages 77 and 78, are references to plaintiffs' exhibit PX-96. Since PX-96 and defendants' exhibit DX-050 are the same document, the plaintiffs had removed PX-96 from their designated trial exhibits. Therefore, the references to PX-96 should instead be to DX-050. Attached are erratas for pages 77 and 78 of Plaintiffs' Proposed Findings of Fact and Conclusions of Law correcting those references.

      Thank you for Your Honor's attention.

                                              Respectfully yours,

                                              *s/ Gil D. Messina*
                                              Gil D. Messina

GDM/hs
Attachments - errata pages 77 and 78

cc:    Counsel of Record, via email