UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                              Chapter 11

AMR CORPORATION, *et al.*,
                                                    Case No. 11-15463 (SHL)
                Reorganized Debtors.

---------------------------------------------------------------x

CAROLYN FJORD, *et al.*,

                Plaintiffs

    v.
                                                    Adv. No. 13-01392 (SHL)
AMR CORPORATION, *et al.*,
                Defendants.

---------------------------------------------------------------x


**NOTICE OF APPEAL AND STATEMENT OF ELECTION**


**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian,; Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O. Whalen

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
_X_ Plaintiffs
___ Defendant
___ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
___ Debtor
___ Creditor
___ Trustee
___ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:  (1) Order Denying Plaintiffs' Requested Relief and Granting Judgment to Defendants Merged Entity American Airlines Group Inc., Dkt. 294 (Ex. 1), and all opinions and orders that merge therein, including but not limited to: (2) Memorandum of Decision in which the court granted judgment to defendants and denied plaintiffs relief, Dkt. 292 (Ex. 2); (3) Order Denying Plaintiffs' Motion for Leave to File a Second Amended and Supplemental Complaint, Dkt. 206 (Ex. 3); (4) Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Denying Plaintiffs' Cross-Motion for Summary Judgment, Dkt. 176 (Ex. 4); (5) Bench Decision set forth in Transcript of Hearing re Bench Decision on August 29, 2018, Dkt. 177 (Ex. 5); (6) Order Denying Plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint and to Add Damages Claim and Demand for Jury Trial, Dkt. 117 (Ex. 6); (7) Memorandum of Decision Re: Amended Motion to Amend and Supplement Complaint, Dkt. 115 (Ex. 7); (8) Order Granting in Part and Denying in Part Plaintiffs' Motion for Leave to File an Amended Complaint to Add Damages Claim, Dkt. 102 (Ex. 8); (9) Memorandum of Decision Re: Plaintiffs' Motion to Amend the Complaint, Dkt. 101 (Ex. 9).

2. State the date on which the judgment, order, or decree was entered:  February 22, 2021. Merging opinions and orders were entered January 29, 2021 (Dkt. 292); February 26, 2019 (Dkt. 206); September 14, 2018 (Dkt. 176); August 29, 2018 (Dkt. 177); April 28, 2015 (Dkt. 117); March 31, 2015 (Dkt. 115); March 31, 2014 (Dkt. 102); March 14, 2014 (Dkt. 101).

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys.

| Party | Attorney |
|---|---|
| Plaintiffs Carolyn Fjord, Katherine R. Arcell, Keith Dean Bradt, Judy Bray, Jose M. Brito, Jan Marie Brown, Robert D. Conway, Judy Crandall, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Don Freeland, Donald V. Fry, Gabriel Garavanian,; Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Valarie Ann Jolly, Gail S. Kosach, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, Christine O. Whalen | Joseph M. Alioto<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>(415) 434-8900<br><br>Theresa D. Moore<br>LAW OFFICES OF THERESA D. MOORE, PC<br>One Sansome Street, 35th Floor<br>San Francisco, CA 94104<br>(415) 613-1414<br><br>Christopher Nedeau<br>NEDEAU LAW FIRM<br>154 Baker Street<br>San Francisco, CA 94117<br>(415) 516-4010<br><br>Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street Suite 117<br>St. Helena, CA 94574<br>(707) 963-1704 |
| Defendant AMR Corporation | Stephen Karotkin<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8350 |
| Defendant American Airlines | Daniel Murray Wall<br>Sadik Harry Huseny<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 |
| Defendant US Airways Group, Inc. | Daniel Murray Wall<br>Sadik Harry Huseny<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |

|  | (415) 391-0600 |
|---|---|
| Defendant US Airways, Inc. | Daniel Murray Wall<br>Sadik Harry Huseny<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

  X   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

 /s/ Joseph M. Alioto                                    Date:  February 23, 2021
Joseph M. Alioto
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104
(415) 434-8900
*Counsel for Plaintiffs-Appellants*

**Certificate of Service**

The undersigned certifies he electronically filed the foregoing via the CM/ECF system for the U.S. Bankruptcy Court of the Southern District of New York, thus sending the foregoing to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: <u>February 23, 2021</u>

<u>/s/ *Joseph M. Alioto*</u>
Joseph M. Alioto